**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1707**

HELEN C. NEWMAN, PRIVATE INVESTIGATOR; MARIA A. NEWMAN,
U.S. ARMY,

       Plaintiffs - Appellants,

    v.

GENERAL SERVICES CORPORATION,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:11-cv-00783-REP)

Submitted:  September 11, 2012    Decided:  September 13, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Helen C. Newman, Maria A. Newman, Appellants Pro Se.   Julie
Smith Palmer, Stanley Paul Wellman, HARMAN, CLAYTOR, CORRIGAN &
WELLMAN, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Helen C. Newman and Maria A. Newman appeal the district court's order dismissing their civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Newman v. Gen. Servs. Corp., No. 3:11-cv-00783-REP (E.D. Va. May 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED